# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Ray Starks,<br><br>    Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Respondents. | No. CV-18-02365-PHX-RCC<br><br>**ORDER** |

On March 13, 2019, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss grant Petitioner Rene Ray Starks' Motion for Voluntary Dismissal (Doc. 19). (Doc. 22.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed and considered the original Complaint (Doc. 1), Petitioner's Motion (Doc. 19), the Defendants' Response (Doc. 20), Petitioner's Reply (Doc. 21), and the Magistrate's R&R (Doc. 18). The Court finds the R&R well-reasoned and agrees with

Magistrate Judge Bowman's conclusions.

Accordingly, IT IS ORDERED the R&R is ADOPTED (Doc. 22) and Plaintiff's Motion for Voluntary Dismissal is GRANTED (Doc. 19). This matter is DISMISSED without prejudice. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 29th day of March, 2019.

Honorable Raner C. Collins
Senior United States District Judge